

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00182-CV

FABIAN THOMAS, Appellant

V.

DENISE DANIEL, Appellee

§ On Appeal from the 367th District Court

§ of Denton County (20-6807-462)

§ March 3, 2022

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for entry of a clarifying order.

It is further ordered that appellee Denise Daniel shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell